☑ FILED     ___ RECEIVED

___ ENTERED     ___ SERVED ON

COUNSEL/PARTIES OF RECORD

FEB 1 2 2020

CLERK US DISTRICT COURT

DISTRICT OF NEVADA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RENO, NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDGAR CEJA-RUIZ,

        Defendant.

Case No.: 3:19-cr-00031-LRH-WGC

ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7)</u> days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of the date of this Order. The defendant's "A" number is **A095722417**.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), Reno, Nevada.

DATED this 12th day of February, 2020.

William G. Cobb

United States Magistrate Judge

ORDER - 1